# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

RENEE BINNS,

      Plaintiff,

vs.                                        CASE NO. 6:06-CV-1489-ORL-19DAB

U.S. DEPARTMENT OF EDUCATION,
DIVERSIFIED COLLECTION SERVICES,
INC.,

      Defendants.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 5, filed October 10, 2006). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 5) is **ADOPTED and AFFIRMED.** The Application to Proceed Without Prepayment of Fees and Affidavit (Doc. No. 2, filed September 27, 2006) is **DENIED.** This action shall be dismissed if Plaintiff fails to pay the required fees **within eleven (11) days** from the date of this Order.

**DONE AND ORDERED** at Orlando, Florida, this \_\_\_26th\_\_\_ day of October, 2006.

_____

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record